STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SEYMOUR S. LIEBERMAN, DEFENDANT-PETITIONER.

See same case below: 23 *N. J. Super.* 531.

*Mr. Eugene A. Liotta* for the petitioner.

*Mr. H. Russell Morss, Jr.,* for the respondent.

March 9, 1953. Granted.

PETER J. D'AMICO, PETITIONER-RESPONDENT, v. GENERAL ELECTRIC SUPPLY COMPANY, RESPONDENT-PETITIONER.

See same case below: 22 *N. J. Super.* 199.

*Messrs. McCarter, English & Studer* and *Mr. Verling C. Enteman* for the petitioner.

March 9, 1953. Granted.